UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Case No. 21-cv-2097 (WMW/KMM) |

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Jerry W. Blackwell, shall appear as counsel of record for Defendant Resideo Technologies, Inc. in this case.

Dated:  April 1, 2022                Respectfully submitted,

/s/ Jerry W. Blackwell
Jerry W. Blackwell
MN Atty ID No. 186867
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200
F: (612) 343-3205
blackwell@blackwellburke.com

**Attorney for Defendant**
**Resideo Technologies, Inc.**