# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
| ) | **COURT MINUTES** |
| ) | BEFORE:   Wilhelmina M. Wright |
| ) | United States District Judge |
| ) |  |
| ) | Case Nos:        21-cv-1965 (WMW/ECW) |
| ) | 21-cv-2097 (WMW/ECW) |
| ) | Date:             June 22, 2023 |
| ) | Courthouse:    Saint Paul |
| ) | Courtroom:     7A |
| ) | Deputy:          N/A |
| ) | Court Reporter:  Lori Simpson |
| ) | Time Commenced:  11:01 a.m. |
| ) | Time Concluded:  11:25 a.m. |
|   | Time in Court:   24 minutes |

In re Resideo Technologies, Inc., Derivative Litigation

**Hearing on:  Plaintiffs' Motion for Final Approval of Settlement. (Dkt. 42)**

**APPEARANCES:**

   Plaintiffs:   Michael Barry, Garrett Blanchfield and Adam Warden
   Defendant:   Gurdip Atwal and Charles Cording

**PROCEEDINGS:**

   The motion was argued and taken under advisement.  Order to follow.


Date:  June 22, 2023

                                                                s/Brandon Luu
                                                               Law Clerk to
                                                               Judge Wilhelmina M. Wright